IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| ROBERT J. PRATT, ) | No. 5:20-cv-02266-KDW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

AND NOW, this 19th day of February, 2021, upon consideration of the Defendant's Motion to Remand, which is made with consent of Plaintiff, it is hereby ORDERED that Defendant's motion is GRANTED and this action is REMANDED to the Commissioner for further administrative proceedings. This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

February 19, 2021  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge